455 A.2d 196

Commonwealth v. Starks, Appellant.

Submitted October 26, 1982. Allan M. Tabas, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.